UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEIVORY HAMPTON, | ) |
|       Plaintiff, | ) |
| v. | ) |
| WALMART, | ) |
|       Defendant. | ) CASE NO.: 1:23-cv-00524-JPH-CSW |

> The Court acknowledges the Stipulation of Dismissal with Prejudice. Dkt. 23.
> JPH, 11/24/2023
> Distribution via ECF.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by counsel, stipulate and agree that the above-captioned Complaint should be dismissed, with prejudice, the same being fully compromised and settled, costs paid.

**ROWE & HAMILTON**

By:    /s/Timothy A. Rowe
       TIMOTHY A. ROWE, #6554-49
       *Counsel for Plaintiff*

**LEWIS WAGNER, LLP**

By:    /s/Katherine S. Strawbridge
       KATHERINE S. STRAWBRIDGE, #30123-49
       MACIE L. HINEN, #36847-49
       *Counsel for Defendant*